IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN ANTHONY DAVIS,

    Petitioner,

vs.

                                  Civil Action No. 04-265 Erie

UNITED STATES CONGRESS, **et al.**,

    Respondents.
_____/

## NOTICE OF APPEAL

**NOTICE** is hereby given that the petitioner, Brian Davis, proceeding **pro se**, appeals to the United States Court of Appeals for the Third Circuit, the District court's Order of December 15, 2005, dismissing petitioner's habeas corpus action.

Dated: December 20, 2005

Respectfully submitted,

*/s/ Brian A. Davis*
Brian A. Davis (Pro Se)
Federal Reg.# 40427-053
FCI - McKean
P.O. Box 8000
Bradford, PA 16701