CA 04-265 E
appeal part pay
receipt # 06-166

```
    UNITED STATES
    DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
      ERIE Division

 # 06000166 - SP
 January 11, 2006


Code   Case #    Qty    Amount

APPEAL I 04-265E          5.00


TOTAL→              5.00



FROM: BRIAN DAVIS
```