FPS-008                                                    January 17, 2006
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No. 05-5533**

Davis v. United States Congress
(W.D. Pa. No. 04-cv-265)

To:  Clerk

1)   Motion for Leave to Proceed In Forma Pauperis

---

    The foregoing Motion is granted.  The appeal will be submitted to a panel of the Court for determination as to whether summary affirmance of the order of the District Court is appropriate.  See Rule 27.4, Third Circuit Local Appellate Rules.



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:  January 17, 2006
SLC/cc: Mr. Brian Anthony Davis
       Robert L. Eberhardt, Esq.