*appeal pmt pay*
*rcpt # 06-253*
*CA 04-265 E*
*$5.00*

```
            UNITED STATES
           DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
                ERIE Division

           # 0600253 - DM
              March 10, 2006


       Code    Case #     Qty      Amount

                                    5.00 MO
       APPEAL D 04-265


       TOTAL→                        5.00



       FROM: BRIAN DAVI
```