**HPS-57(April 2006)**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-5533

---

BRIAN ANTHONY DAVIS,
                      Appellant

vs.

U.S. CONGRESS; WARDEN JAMES SHERMAN

---

On Appeal From the United States District Court
For the Western District of Pennsylvania
(W.D. Pa. Civ. No. 04-00265E)
District Judge: Honorable Sean McLaughlin

---

Submitted For Possible Summary Action Under Third Circuit LAR 27.4 and I.O.P. 10.6
April 21, 2006
SCIRICA, <u>CHIEF JUDGE</u>, WEIS AND GARTH, <u>CIRCUIT JUDGES</u>

---

JUDGMENT

---

    This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted for possible summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here
    ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered December 16, 2005, be and the same is hereby AFFIRMED. Appellant's motion for the appointment of counsel is DENIED.
    All of the above in accordance with the opinion of this Court.

                                        ATTEST:

                                        /s/ Marcia M. Waldron
                                        Clerk

DATED: May 9, 2006

Certified as a true copy and issued in lieu of a formal mandate on ___8/1/06___

*Marcia M. Waldron*

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit