OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4959 |
| | 601 Market Street | |
| | Philadelphia PA 19106-1790 | |

www.ca3.uscourts.gov

August 1, 2006

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

RE: Docket No. 05-5533
    Davis  vs. Congress of US
    D.C. No. 04-cv-00265

RECEIVED

AUG 0 3 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Dear Mr. Barth:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    (x) We return herewith the certified partial record in the case(s).
        (Document 1 -11)

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy o this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.


                                Very truly yours,
                                MARCIA M. WALDRON
                                Clerk

                            By: *Shannon Craven /mB*
                                Shannon Craven
                                Case Manager

Enclosure                       *Amanda Dill 8/1/06*